AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

FILED
MAR 13 1996
U.S. DISTRICT CLERK
WESTERN TEXAS
BY _____ DEPUTY

WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
JOSE RAFAEL MARCELLENO

## CRIMINAL COMPLAINT

CASE NUMBER: MO96-030M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 25th, 1996** in **Ector** county, in the **Western** District of **Texas** defendant(s) did, (Track Statutory Language of Offense)

travel in interstate commerce with the intent to avoid prosecution under the laws of the State of Texas for a crime which is a felony of said state, to wit: Murder.

in violation of Title **18** United States Code, Section(s) **1073**.

I further state that I am a(n) **FBI Special Agent** and that this complaint is based on the following facts:

On February 25th, 1996, Guadalupe Marcelleno was found murdered in the home she shared with her husband Jose Rafael Marcelleno. Investigation conducted by the Odessa Police Dpartment determined that Jose Rafael Marcelleno was responsible for the murder. Soon after this determination was made, it was learned that Jose Rafael Marcelleno had fled to Mexico to avoid capture for this crime. Marcelleno has since been seen in Juarez, Mexico.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

**3-13-96**
Date

at **MIDLAND, TX.**
City and State

**Louis Guirola, Jr.**
**U.S. Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer