# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CR. NO. MO-96-030M |
| | ) |
| JOSE RAFAEL MARCELLENO | ) |

## MOTION FOR DISMISSAL OF COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and files this motion for dismissal of the Complaint without prejudice against JOSE RAFAEL MARCELLENO for the reason it is in the best interest of justice.

WHEREFORE, premises considered, the Government moves the Court to dismiss the Complaint against JOSE RAFAEL MARCELLENO without prejudice.

                            Respectfully Submitted,
                            JOHN E. MURPHY
                            UNITED STATES ATTORNEY

By:    /s/ JOHN S. KLASSEN
        Assistant United States Attorney
        State Bar No. 11553500
        400 West Illinois, Suite 1200
        Midland, Texas 79701
        432-686-4110

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CR. NO.  MO-96-030M |
| ) | |
| JOSE RAFAEL MARCELLENO ) | |

### ORDER OF DISMISSAL OF COMPLAINT

ON THIS DATE came on to be considered the Government's Motion to Dismiss the Complaint against JOSE RAFAEL MARCELLENO without prejudice in the above-numbered and styled cause and the Court after considering same is of the opinion that said motion should be GRANTED.

IT IS, THEREFORE, ORDERED that the Complaint against JOSE RAFAEL MARCELLENO be and is hereby DISMISSED without prejudice.

SIGNED and ENTERED this the _____ day of _____, 2011.

_____
DAVID COUNTS
United States Magistrate Judge